# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Siemens Government Technologies, Inc. | ) | ASBCA No. 59781 |
| | ) | |
| Under Contract No. W912DY-09-D-0021 | ) | |

APPEARANCE FOR THE APPELLANT:      Scott McCoy, Esq.
    Vice President & General Counsel

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Kathryn R. Sommerkamp, Esq.
    Margaret P. Simmons, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 17 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59781, Appeal of Siemens Government Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2